IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Wesley Corporation ) | |
| ) | |
| v. ) | Case No. 1:18-cv-4405 |
| ) | |
| Does 1-205 ) | Judge: Hon. Harry D. Leinenweber |
| ) | |
| ) | Magistrate: Hon. Maria Valdez |
| ) | |
| ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Viahart, LLC, voluntarily dismiss any and all claims against defendants without prejudice:

| DOE | Seller ID | Store Name |
|---|---|---|
| Doe 60 | AGE5K9Q6NQN1R | PlanetShop1 |
| Doe 86 | pro-pickers-2012 | pro-pickers-2012 |
| Doe 146 | 53c736c54497c5108efe64ff | All Land Networking |
| Doe 160 | 55a4aa4dcebc0b4045746de8 | iRULU |
| Doe 170 | 56341cbac827450ff49bf1cf | Hebei Jiguan Rubber Products Co., Ltd. |

Dated: July 31, 2018

Respectfully submitted,

By: _____
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com