# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| Wesley Corporation | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 1:18-cv-4405 |
| | ) | |
| Does 1-205 | ) | Judge: Hon. Harry D. Leinenweber |
| | ) | |
| | ) | Magistrate: Hon. Maria Valdez |
| | ) | |
| | ) | |

**Voluntary Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff hereby notify this Court that the plaintiff, Viahart, LLC, voluntarily dismiss any and all claims against defendants without prejudice:

| Doe | Seller ID | Seller Name |
|---|---|---|
| Doe 16 | 3617076 | Ponyonline Store |
| Doe 39 | yayagifts | Shenzhen Yaya Gifts Co., Ltd. |
| Doe 71 | global-classic | global-classic |
| Doe 141 | 534e1b4e796f6856bde6c4aa | PK LI QI |
| Doe 171 | 564b07b9b5360535f01babb9 | shenzhenshifudisishangmaoyouxiangongsi |

Dated: August 3, 2018

Respectfully submitted,

By: _____
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com